```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

REGINALD CLARK,                       :

    Plaintiff,                        :

vs.                                   :
                                         CIVIL ACTION 09-0088-M
MICHAEL J. ASTRUE,                    :
Acting Commissioner of
Social Security,                      :

    Defendant.                        :

## MEMORANDUM OPINION AND ORDER

In this action under 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an adverse social security ruling which denied a claim for disability insurance benefits (Docs. 1, 14). The parties filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (*see* Doc. 19).

Defendant has filed a Motion and Memorandum for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 17). Defendant has stated that Plaintiff's attorney has no objection to the motion (Doc. 17, p. 2).

Defendant states the following

> If the Court grants this motion, the Appeals Council would direct the [Administrative Law Judge] to discuss and analyze whether Plaintiff meets Listing 12.05C; evaluate

> Plaintiff's mental retardation to rate the degree of limitation in activities of daily living, social functioning, concentration, persistence, or pace, and episodes of concentration; and evaluate the effects of Plaintiff's ability to work as required by the Commissioner's regulations and Eleventh Circuit case law.

(Doc. 17, pp. 1-2).  This is a tacit admission that Plaintiff's application was not appropriately considered and that this action should be reversed.  Without reviewing the substantive evidence of record, this Court accepts Defendant's acknowledgment of error.

It appears to the Court that the decision of the Secretary should be reversed and remanded.  Such remand comes under sentence four of 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  For further procedures not inconsistent with this report, see *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Therefore, it is **ORDERED**, without objection from Plaintiff, that Defendant's Motion to Remand under sentence four be **GRANTED** (Doc. 17) and that this action be **REVERSED** and **REMANDED** to the Social Security Administration for further administrative proceedings not inconsistent with the orders of this Court.  Judgment will be entered by separate order.

DONE this 13th day of August, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE