IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD CLARK, | : |
|     Plaintiff, | : |
| vs. | : |
| |     CIVIL ACTION 09-0088-M |
| MICHAEL J. ASTRUE, | : |
| Acting Commissioner of Social Security, | : |
|     Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Reginald Clark and against Defendant Michael J. Astrue.

DONE this 13th day of August, 2009.

                                  s/BERT W. MILLING, JR.
                                  UNITED STATES MAGISTRATE JUDGE