```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

REGINALD CLARK, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 09-0088-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

<u>JUDGMENT</u>

    It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,411.00.

    DONE this 13th day of November, 2009.

                                     <u>s/BERT W. MILLING, JR.</u>
                                     UNITED STATES MAGISTRATE JUDGE