IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGINALD CLARK,                       :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :   CIVIL ACTION 09-0088-M
                                      :
MICHAEL J. ASTRUE,                    :
Commission of Social Security,        :
                                      :
    Defendant.                        :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's attorney's Motion for Attorney's Fees be **GRANTED** and that Plaintiff's attorney be **AWARDED** a fee in the amount of $13,318.13 for his services before this Court. It is **FURTHER ORDERED** that Coplin pay Plaintiff $1,411.00, the sum representing the EAJA fee previously awarded.

DONE this 2nd day of February, 2011.

                            s/BERT W. MILLING, JR.
                            UNITED STATES MAGISTRATE JUDGE